| | |
|---|---|
| 1 | GEOFFREY A. HANSEN |
|   | Acting Federal Public Defender |
| 2 | VARELL L. FULLER |
|   | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
|   | San Jose, CA  95113 |
| 4 | Telephone:  (408) 291-7753 |
| 5 | Counsel for Defendant CUTLER |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00740-PSG |
|  | ) |  |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
|  | ) | ORDER CONTINUING SENTENCING |
| vs. | ) | HEARING DATE TO MAY 18, 2012 |
|  | ) |  |
| RONALD ALLEN CUTLER, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

## **STIPULATION**

Defendant Ronald Allen Cutler, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Grant P. Fondo, hereby stipulate and agree, subject to the Court's approval, that the sentencing hearing currently set for Thursday, May 3, 2012, at 1:00 p.m., may be continued to Friday May 18, 2012, at 9:30 a.m.

Mr. Cutler has pled to a misdemeanor violation of 18 U.S.C. § 111, assaulting and resisting an officer and employee, pursuant to a written plea agreement in accord with Fed. R. Crim. P. 11(c)(1)(A) and 11(c)(1)(B).  A sentencing hearing is presently set in this matter for May 3, 2012, and the parties jointly request a short continuance to permit the United States

Probation Officer assigned to this matter additional time to consider information provided by the defense and to prepare the final presentence report in this matter. The parties therefore jointly agree, and respectfully request, that the sentencing hearing date be continued to May 18, 2012, at 9:30 a.m. The United States Probation Office has been consulted about the requested continuance and has no objection. The parties further agree that the deadlines by which the United States Probation Office must disclose the final pre-sentence reports shall be adjusted according to the new sentencing date.

Dated: April 26, 2012

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated April 26, 2012

_____/s/_____
GRANT P. FONDO
Assistant United States Attorney

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that the sentencing hearing date set for Thursday, May 3, 2012, at 1:00 p.m. is continued to Friday, May 18, 2012, at 9:30 a.m., and the date by which United States Probation must disclose the final pre-sentence report shall be adjusted accordingly.

Dated:"Cr tkt52."4234

_____
THE HONORABLE PAUL S. GREWAL
United States Magistrate Judge